UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TASHIKA JOHNSON,

    Plaintiff,

v.                                            Case No.  6:13-cv-925-ORL-37TBS

SRI AMBAJI INVESTMENTS, LLC,

    Defendant.
_____/

## ORDER

Pending before the Court is Defendant's Unopposed Motion for an Enlargement of All Litigation Deadlines to Follow Deadline to Respond to Complaint (Doc. 22).  The motion is due to be DENIED.  Settlements are encouraged by the Court in all cases, including this one.  But, a review of the docket leads the Court to conclude that there is nothing complicated about Plaintiff's claim or the law that applies to it and the parties have had sufficient time within to negotiate a settlement.  While the parties are encouraged to continue with their negotiations, it is time to proceed with the litigation.  The motion is also denied because Defendant's counsel has not complied with the Court's last Order to include the full case number in all filings.

DONE AND ORDERED in Orlando, Florida, on August 5, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel